1   **O**
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  | UNITED STATES OF AMERICA, | ) | |
    |---|---|---|
12  | Plaintiff, | ) | SA 08-127M |
    | | ) | |
13  | v. | ) | ORDER OF DETENTION AFTER HEARING |
    | | ) | (18 U.S.C. § 3142(i)) |
14  | FRANCISO JAVIER QUINTANA SANTOS, | ) | |
15  | | ) | |
    | Defendant. | ) | |
16  | | ) | |

17
                                    I.
18
    A.  ( ) On motion of the Government involving an alleged
19
        1.  ( ) crime of violence;
20
        2.  ( ) offense with maximum sentence of life imprisonment or death;
21
        3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years
22
            (21 U.S.C. §§ 801,/951, et. seq.,/955a);
23
        4.  ( ) felony - defendant convicted of two or more prior offenses described above.
24
    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)
25
        1.  (X)    serious risk defendant will flee;
26
        2.  ( )    serious risk defendant will
27
            a.  ( )   obstruct or attempt to obstruct justice;
28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                                    Page 1 of 3

1          b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2                                    II.

3 The Court finds no condition or combination of conditions will reasonable assure:

4 A. ( X )   appearance of defendant as required; and/or

5 B. ( ) safety of any person or the community;

6                                    III.

7 The Court has considered:

8 A. ( x) the nature and circumstances of the offense;

9 B. (x) the weight of evidence against the defendant;

10 C. (x) the history and characteristics of the defendant;

11 D. ( ) the nature and seriousness of the danger to any person or to the community.

12                                    IV.

13 The Court concludes:

14 A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16 B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

17          **Defendant is undocumented.  He has no ties to the community and no bail**

18          **resources.**

19

20 C. ( ) A serious risk exists that defendant will:

21      1. ( )  obstruct or attempt to obstruct justice;

22      2. ( )  threaten, injure or intimidate a witness/ juror; because:

23

24 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25         provided in 18 U.S.C. § 3142 (e).

26 ///

27 ///

28 ///

1  ///

3  IT IS ORDERED that defendant be detained prior to trial.

4  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
5  facility separate from persons awaiting or serving sentences or person held pending appeal.

6  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
7  consultation with his counsel.

10  Dated: March 25, 2008

MARC L. GOLDMAN
Marc L. Goldman
U.S. Magistrate Judge